UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20144**

21 U.S.C. § 963
21 U.S.C. § 853

CR-ALTONAGA

/O'SULLIVAN

FILED by FB D.C.
FEB 28 2017
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

EDISON WASHINGTON PRADO ALAVA,
    a/k/a "Jhon Alex Rengifo Garcia,"
LUIS ALEJANDRO ORTIZ BENAVIDES,
    a/k/a/ "Yeyo,"
LEONARDO ADRIAN VERA CALDERON,
    a/k/a "Thiago Alexander Quinones Cajares,"
ROBINSON ALBERTO CASTRO QUINONES,
    a/k/a "Rocho," and
DIEGO FERNANDO ARIZALA SEGURA,
    a/k/a "Zorro,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around December 2015, and continuing through the date of the return of this Indictment, in the countries of Colombia, Ecuador, Costa Rica, Honduras, Guatemala, and elsewhere, the defendants,

EDISON WASHINGTON PRADO ALAVA,
    a/k/a "Jhon Alex Rengifo Garcia,"
LUIS ALEJANDRO ORTIZ BENAVIDES,
    a/k/a/ "Yeyo,"
LEONARDO ADRIAN VERA CALDERON,
    a/k/a "Thiago Alexander Quinones Cajares,"
ROBINSON ALBERTO CASTRO QUINONES,
    a/k/a "Rocho, and
DIEGO FERNANDO ARIZALA SEGURA,
    a/k/a "Zorro,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to the defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **EDISON WASHINGTON PRADO ALAVA, a/k/a "Jhon Alex Rengifo Garcia," LUIS ALEJANDRO ORTIZ BENAVIDES, a/k/a/ "Yeyo," LEONARDO ADRIAN VERA CALDERON, a/k/a "Thiago Alexander Quinones Cajares," ROBINSON ALBERTO CASTRO QUINONES, a/k/a "Rocho, and DIEGO FERNANDO ARIZALA SEGURA, a/k/a "Zorro,"** have an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendants shall each forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Sections 853 and 970, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES OF AMERICA

vs.

EDISON WASHINGTON PRADO ALAVA,
a/k/a "Jhon Alex Rengifo Garcia," et al.,

**Defendants.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| _X_ Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New Defendant(s)  ___ Yes  ___ No
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _Yes_
   List language and/or dialect   _Spanish_

4. This case will take   _11-20_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I     0 to 5 days    ___              Petty       ___
   II    6 to 10 days   ___              Minor       ___
   III   11 to 20 days  _X_              Misdem.     ___
   IV    21 to 60 days  ___              Felony      _X_
   V     61 days and over ___

6. Has this case been previously filed in this District Court?   (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY
Court Number A5501892

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>EDISON WASHINGTON PRADO ALAVA, a/k/a "Jhon Alex Rengifo Garcia"</u>

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   Luis Alejandro Ortiz Benavides, a/k/a "Yeyo"

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>Leonardo Adrian Vera Calderon a/k/a "Thiago Alexander Quinones Cajares"</u>

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   Robinson Alberto Castro Quinones, a/k/a "Rocho"

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Diego Fernando Arizala Segura, a/k/a "Zorro"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 959 and 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**