UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20144-CR- Altonaga/O'Sullivan

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDISON WASHINGTON PRADO ALAVA,
a/k/a "Jhon Alex Rengifo Garcia", et al.,

Defendant.

_______________________________/

# NOTICE OF PERMANENT APPEARANCE

COMES NOW, Richard J. Diaz, Esq., and enters his Notice of Permanent Appearance on behalf of Defendant EDISON WASHINGTON PRADO ALAVA, relating the above captioned matter.

Respectfully submitted,

s/ Richard J. Diaz

___________________________

Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via the CM/ECF and served upon all parties of record this 5th day of June, 2017.

s/ Richard Diaz

______________________________
Richard J. Diaz, Esq.