UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-20144-CR- Altonaga/O'Sullivan

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

EDISON WASHINGTON PRADO ALAVA,
a/k/a "Jhon Alex Rengifo Garcia", et al.,

           Defendant.

_____/

## DEFENDANT EDISON WASHINGTON PRADO ALAVA'S WAIVER OF SPEEDY TRIAL

COMES NOW the Defendant, EDISON WASHINGTON PRADO ALAVA, ("Mr. Alava") and hereby notifies this Honorable Court that he has been explained his right to a speedy trial. Mr. Alava understands that this right can be waived upon the showing of good cause and in the interest of justice. Mr. Alava submits that he freely, voluntarily, and with the advice of counsel, gives up his right to a speedy trial because it is in his best interest to do so upon seeking a continuance of the trial in this case, understanding that he might not proceed to trial until July 28, 2018.

3-16-18
Date

_____
Edison Washington Prado Alava

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-20144-CR- Altonaga/O'Sullivan

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDISON WASHINGTON PRADO ALAVA,
a/k/a "Jhon Alex Rengifo Garcia", et al.,

        Defendant.

_____/

## DEFENDANT EDISON WASHINGTON PRADO ALAVA'S WAIVER OF SPEEDY TRIAL (SPANISH VERSION)

El acusado y suscrito Edison Washington Prado Alava ("Sr. Alava") certifica que está informado y consciente que tiene un derecho a un juicio acelerado cuyo juicio en este momento esta fechado para el día 16 de abril, 2018.  También reconoce que tiene el derecho de renuncia a un juicio acelerado demostrando suficiente causa para extender la fecha del juicio – esto para que su abogado de defensa tenga suficiente tiempo para analizar pruebas, desarrollar estrategia, consultas entre abogado y cliente, y preparación de juicio o decisión de hacer una reconciliación de los cargo sin proceder a juicio. El acusado y suscrito Edison Washington Prado Alava conscientemente y voluntariamente renuncia el derecho de proceder al juicio en la fecha indicada, pidiendo postergación de tal juicio hasta Julio 27, 2018.

3-16-18
Fecha

_____
Edison Washington Prado Alava