UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. <u>17-20144-CR-ALTONAGA</u>

UNITED STATES OF AMERICA

vs.

**EDISON WASHINGTON PRADO ALAVA,**

    **Defendant.**

                                                  /

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **EDISON WASHINGTON PRADO ALAVA**, are sufficient to prove the guilt for Count One of Indictment which charges the Defendant with a violation of Title 21, United States Code, Sections 959(a)(2), 963.

More specifically, from at least as early as in or about December 2015 until at least February 2017, **EDISON WASHINGTON PRADO ALAVA,** along with others, used go-fast vessels (GFV) to ship multiple hundred-kilogram loads of cocaine from Colombia and Ecuador to countries in Central America. **PRADO ALAVA** and his co-conspirators delivered the cocaine to other organizations in Central America for importation into the United States. For example, starting around January 2016 and continuing up through February 7, 2016, **PRADO ALAVA** and others coordinated a shipment of 750 kilograms of cocaine on a GFV from Colombia to Central America for importation into the United States. **PRADO ALAVA** knew that the cocaine would ultimately be imported into the United States.



In the conspiracy, **PRADO ALAVA** is responsible for the shipment or attempted shipment of at least 5,000 kilograms of cocaine. This cocaine had a street value in Central America of approximately $9,000 in U.S. currency per kilogram.

**PRADO ALAVA** has acknowledged his role in the narcotics conspiracy as described more fully in the indictment and this factual summary.

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: 7-23-18        By: _____
                     ROBERT J. EMERY
                     ASSISTANT UNITED STATES ATTORNEY

Date: 7-23-18        By: _____
                     RICHARD J. DIAZ
                     ATTORNEY FOR DEFENDANT

Date: 7-23-18        By: Edison Washington Prado Alava
                     EDISON WASHINGTON PRADO ALAVA
                     DEFENDANT

2