UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-20144-CR- Altonaga/O'Sullivan

UNITED STATES OF AMERICA,

       Plaintiff,
vs.

EDISON WASHINGTON PRADO ALAVA,
a/k/a "Jhon Alex Rengifo Garcia", et al.,

       Defendant.

_____/

## NOTICE OF FILING

The Defendant Edison Washington Prado Alava hereby files with the Court a copy of Defendant's Indictment, Plea Agreement and Stipulated Proffer in Spanish.

Respectfully submitted,

s/ Richard J. Diaz

_____
Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via the CM/ECF and served upon all parties of record this 23rd day of July, 2018.

s/ Richard Diaz

_____
Richard J. Diaz, Esq.