UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20144-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**EDISON WASHINGTON PRADO ALAVA**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Defendant's Motion for Order Discharging Robert Feitel as Co-counsel [ECF No. 120]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney Robert Feitel is discharged from his representation of Edison Washington Prado Alava.

**DONE AND ORDERED** in Miami, Florida, this 17th day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record